Case 1:12-cv-01787-SLR   Document 15   Filed 07/08/13   Page 1 of 1 PageID #: 113

Case 1:12-cv-01787-SLR   Document 15   Filed 07/08/13   Page 1 of 1 PageID #: 113

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZULTYS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:12-cv-01787-SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Brandywine Communications Technologies, LLC, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims of infringement of United States Patent 5,881,142 made against Defendant Zultys, Inc.  All other claims in Brandywine's Complaint (D.I. 1) remain.  All attorneys' fees, costs of court and expenses in connection with claims related to the '142 Patent are borne by the party incurring same.  No answer or motion for summary judgment has been filed by this defendant.

Dated: July 8, 2013

　　　　　　　　　　　　　　　　　　　　　*/s/ Stamatios Stamoulis*
　　　　　　　　　　　　　　　　　　　　　Stamatios Stamoulis (DE Bar No. 4606)
　　　　　　　　　　　　　　　　　　　　　　　stamoulis@swdelaw.com
　　　　　　　　　　　　　　　　　　　　　Richard C. Weinblatt (DE Bar No. 5080)
　　　　　　　　　　　　　　　　　　　　　　　weinblatt@swdelaw.com
　　　　　　　　　　　　　　　　　　　　　STAMOULIS & WEINBLATT LLC
　　　　　　　　　　　　　　　　　　　　　Two Fox Point Centre
　　　　　　　　　　　　　　　　　　　　　6 Denny Road, Suite 307
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　　　　　　　　(302) 999-1540

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Brandywine*
　　　　　　　　　　　　　　　　　　　　　*Communications Technologies, LLC*