IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ZULTYS, INC.,<br><br>        Defendant. | Civil Action No. 1:12-cv-01787-SLR<br><br>JURY TRIAL DEMANDED |

## **STIPULATION AND ORDER**

Counsel for Brandywine Communications Technologies, LLC ("Brandywine") and representatives for Zultys, Inc. ("Zultys") have met and conferred regarding extending Zultys' time to move, answer, or otherwise respond to Brandywine's Complaint. (D.I. 1.) Subject to the Court's approval, Brandywine requests that Zultys' time to answer, move, or otherwise respond to the complaint is extended up to and including July 26, 2013.

Dated: July 8, 2013

                                                    */s/ Stamatios Stamoulis*
                                                    Stamatios Stamoulis (DE Bar No. 4606)
                                                           stamoulis@swdelaw.com
                                                    Richard C. Weinblatt (DE Bar No. 5080)
                                                           weinblatt@swdelaw.com

                                                    Stamoulis & Weinblatt LLC
                                                    Two Fox Point Centre
                                                    6 Denny Road, Suite 307
                                                    Wilmington, DE 19809
                                                    (302) 999-1540

                                                    *Attorneys for Plaintiff Brandywine*
                                                    *Communications Technologies, LLC*

SO ORDERED this _____ day of _____ 2013.

                                                  _____
                                                  United States District Judge